**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID C. GEVAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 16-cv-10599 |
| | ) | |
| v. | ) | Honorable Judge John Z. Lee |
| | ) | Magistrate Judge Sunil R. Harjani |
| SALEH OBAISI, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS RANDY PFISTER AND
JOHN BALDWIN'S MOTION FOR SUMMARY JUDGMENT**

Defendants, Randy Pfister and John Baldwin, by and through their attorney Kwame Raoul, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, move for summary judgment and state as follows:

1.     Plaintiff, David Gevas, (referred herein as "Plaintiff"), is an inmate currently in the custody of the Illinois Department of Corrections ("IDOC"), and is housed at the IDOC's Dixon Correctional Center.

2.     Plaintiff filed his Fourth Amended Complaint pursuant to 42 U.S.C. §1983 alleging that Defendants Pfister and Baldwin were deliberately indifferent to his medical needs. (Dkt. 390-1). Specifically, Plaintiff alleges Defendants were deliberately indifferent to his diagnosis of atrial fibrillation, sleep apnea, and lymphoma. (Dkt. 388).

3.     As stated in the memorandum of law in support of their motion for summary judgment, Defendants are entitled to judgement as a matter of law because Plaintiff cannot establish a deliberate indifference claim against Defendants Pfister and Baldwin. Additionally, Plaintiff's claim for injunctive relief against Defendants is moot.

4.     Filed contemporaneously in support of this motion, and incorporated herein, is

Defendants' Memorandum of Law and Local Rule 56.1 Statement of Facts.

WHEREFORE, Randy Pfister and John Baldwin respectfully request that this Court grant their motion for summary judgment and grant any other relief this Court finds just and proper.

Dated: September 14, 2021

Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois      By:    */s/ Marrian M. Daniel*
MARRIAN M. DANIEL
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4752
Marriam.Daniel@ilag.gov

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on September 14, 2021, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

*/s/ Marrian M. Daniel*