# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID C. GEVAS, | |
| Plaintiff, | Case Number 16-cv-10599 |
| v. | Hon. John Z. Lee, District Judge, |
| WEXFORD HEALTH SOURCES, INC., et al., | Hon. Sunil R. Harjani, Magistrate Judge |
| Defendants. | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, GHALIAH OBAISI AS ADMINISTRATOR OF THE ESTATE OF DR. SALEH OBAISI (deceased)("Dr. Obaisi"), WEXFORD HEALTH SOURCES, INC. ("Wexford"), by and through their attorneys, Matthew H. Weller and Joseph J. Lombardo of CASSIDAY SCHADE LLP; and move this Honorable Court for Summary Judgment. In support of their Motion, Defendants have contemporaneously filed a Rule 56.1 Statement of Undisputed Material Facts and a Memorandum of Law.

WHEREFORE, Defendants, GHALIAH OBAISI, Independent Executor of the Estate of Saleh Obaisi, M.D., Deceased, and WEXFORD HEALTH SOURCES, INC., respectfully request that this Court enter an Order granting their Motion for Summary Judgment, dismissing this suit with prejudice, and granting any other relief this Court deems just and appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ *Joseph J. Lombardo*
One of the Attorneys for Defendants, GHALIAH OBAISI, Independent Executor of the Estate of Saleh Obaisi, M.D., Deceased, and WEXFORD HEALTH SOURCES, INC.

Matthew H. Weller/ARDC No. 6278685
Joseph J. Lombardo/ARDC No. 6306466
CASSIDAY SCHADE LLP
222 West Adams St., Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – fax
mweller@cassiday.com
jlombardo@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2021, I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ *Joseph J. Lombardo*