NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID GEVAS, | |
| Plaintiff, | No. 16 C 10599 |
| v. | Hon. Judge Mary M. Rowland |
| SALEH OBAISI, *et al.*, | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

## NOTICE OF CONCERNING CURRENT MEDICAL CONDITION

Plaintiff wishes to inform the Court of the following update regarding Plaintiff's medical condition.

This case involves, among other things, Plaintiff's claim that Defendants' failure to adhere to follow-up recommendations from a UIC radiologist regarding a pulmonary nodule found on a CT scan in 2014 resulted in significantly delayed detection of cancer, which was diagnosed two years later when it had already reached Stage IV and spread throughout his body. On November 9th of this year, Mr. Gevas had another chest CT scan completed, which showed a new, 1.3 cm pulmonary nodule that, according to the radiologist note, is "concerning for malignancy, primary pulmonary versus lymphoma." The results further showed a mass in his nasal cavity that resulted in an elevated "standard uptake value" of 8.6, suspected to be a benign Thornwald Cyst. Plaintiff was previously advised by his UIC oncologist that any SUV value above 5.0 would require further follow-up due to his history of lymphoma.

Plaintiff consulted with his medical expert in this matter about the significance of the November 9, 2022 PET CT scan, and she advised that urgent follow-up with the oncologist should be sought. Her analysis is attached as Exhibit A. Plaintiff's counsel called this issue to the

1

attention of Defendants' counsel, and counsel for Wexford promised that Plaintiff had been approved and scheduled for a follow-up appointment with UIC oncology, but that the date would not be provided to Plaintiff or his counsel for security reasons.

    Plaintiff has no reason to doubt the sincerity of Defense counsel's representations; however, given the gravity of these matters and the potentially urgent need for treatment if Plaintiff's cancer has returned, Plaintiff's counsel wanted to advise the Court of the situation and his potential need to seek emergency relief if Plaintiff is not seen by UIC oncology right away.

Dated: December 16, 2022

RESPECTFULLY SUBMITTED,

/s/ *Samantha R. Reed*
Samantha Reed
Harold Hirshman
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
harold.hirshman@dentons.com
samantha@equipforequality.org

## CERTIFICATE OF SERVICE

    It is hereby certified that on December 16, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for all parties.

/s/ Samantha R. Reed

One of the Attorneys for Plaintiff