December 16, 2022

Paulette Finander MD

On April 29, 2014, Plaintiff was incarcerated at the Stateville correctional facility when he was noted to have a very rapid heartbeat.  He was admitted that day to University of Illinois at Chicago Medical Center.   A CT (computerized axial scan) of the chest was done to rule out the presence of a pulmonary embolus (blood clot to the lung) as the cause of the abnormal and rapid heart rhythm.   A pulmonary embolus was not detected but the CT scan of the chest showed "small pulmonary micronodules and a 6- centimeter subcarinal lymph node versus a mass".  The radiologist's reading of the CT scan went on to state that "Per Fleischner society guidelines (Radiology 2005; 237:395-400), for patients at low risk for malignancy, a 6 -12-month follow-up chest CT is suggested.  If stable, they should be followed up with chest CT at 18 – 24 months.  For patients at high risk, such as smokers, follow-up chest CT in 3 - 5 months is suggested.  If stable, a follow-up chest CT scan at 9 to 12 and 24 months should be obtained".  Fleischner society guidelines are accepted as the standard of care by medical providers worldwide.

No follow-up CT scan was ordered even though Mr. Gevas was a former smoker and the discharge summary sent to the prison with the Plaintiff and which was reviewed by the Stateville Correctional facility Medical Director stated that "a follow-up CT scan of the chest in 3-6 months is suggested as patient has a history of smoking".

In April 2016, the Plaintiff was hospitalized again for chest pain.  The CT scan done during this hospitalization, found nodules in the lung but now newly with diffusely enlarged lymph nodes in the chest and retroperitoneum, lytic lesions in his ribs, spine, and clavicle, and with a pathological fracture due to invasive cancer in his right clavicle.  Workup determined that these findings were due to Mr. Gevas' diffuse (throughout the body) large B cell lymphoma, a type of cancer of the blood cells and bone marrow.  The lymphoma was present in Mr. Gevas' lungs, in lymph nodes throughout his body, in his bones with bony involvement so extensive that it caused a pathological fracture of the clavicle, and also in other extranodal (outside the lymph nodes) locations on both sides of the diaphragm.

On April 26, 2016, Mr. Gevas was started on the first of six cycles of toxic chemotherapy to treat his widespread cancer (the Stage IV diffuse large B cell lymphoma).

Mr. Gevas had an excellent response to the chemotherapy and at his December 29, 2019 oncology visit follow-up at the University of Illinois at Chicago Medical Center, he was found to be in CR (complete remission) with no evidence of disease on CT scan performed October 2019.

However, a repeat CT/PET whole body scan performed at CGH Medical Center in Sterling, Illinois on November 9, 2022 showed a new left lower lobe pulmonary (lung) nodule that was 1.3 centimeters in size and with hypermetabolic activity suspicious for recurrent lymphoma versus a primary lung malignancy.

No notes of any further oncology or hematology specialist follow-up visits or repeat CT scans or CT/PET scans were available to me at this time (though I understand that the parties are seeking to update the medical records previously produced in discovery in 2019/2020).

Following National Cancer Comprehensive Network standards, Mr. Gevas should be urgently seen again by an oncology or hematology specialist who can compare the November 2022 CT/PET scan to Mr. Gevas' prior radiology studies and obtain for Mr. Gevas in a timely manner the appropriate medical care

that is required under national standards of care.  Not doing so would subject Mr. Gevas to the consequences of delayed diagnosis and treatment.

**The National Cancer Comprehensive Network is** a not-for-profit alliance of 32 leading cancer centers devoted to patient care, research, and education dedicated to improving and facilitating quality, effective, equitable, and accessible cancer care so all patients can live better lives. By defining and advancing high-quality cancer care, NCCN guidelines are used by medical clinicians, around the world.

*/s/ Dr. Paulette Finander, MD*

Dr. Paulette Finander, MD

12/16/2022