112-20

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 09/16/2022 | Date of Review: 09/20/2022 | Grievance # (optional): 224337 |
| Offender: Gevas, David C. | | ID#: B41175 |

**Nature of Grievance:**

Medical Treatment
Other: Warden and delegated reviewer, how long would you wait to rule out possible cancer in your spring.

**Facts Reviewed:**

This Grievance Officer notes Resident Gevas #B41175 is alleging inappropriate Medical Treatment regarding PET/CT scan for alleged spin cancer.

Resident Gevas #B41175 submitted grievance for emergency review. CAO determined an expedited response was appropriate.

This Grievance Officer notes all treatment must be ordered by the licensed physician at this facility and not a matter of inmate preference. This Grievance Officer has no authority to evaluate clinical decisions made by licensed physicians.

Claim was sent to Health Care Unit Administrator who provided the following:
Urgency is medically determined by provider not by IIC. IIC will be sent to appointment as it is scheduled.

*Terry Williams, Warden - CAO Can't keep burying his head in the sand regarding mistreatment. The same goes for everyone involved.*

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Resident Gevas #B41175 concerns (regarding medical treatment) will continue to be addressed, and he has continuous access to medical treatment.

Joshua Baker Correctional Counselor II
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: _____ | ☑ I concur   ☐ I do not concur | ☐ Remand |

**Action Taken:**

Terry Williams
Chief Administrative Officer's Signature                              Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                    B41175                    9/28/22
                                         ID#                       Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

| Date: 9/16/22 | Offender (please print): David Gevas | ID #: B41175 | Race (optional): |
|---|---|---|---|

| Present Facility: Dixon | Facility where grievance issue occurred: Same |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Warden and delegated reviewer, how long would you wait to rule out possible cancer in your spine?

Date of report: _____    Facility where issued: _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 9/5/22, I wrote to the Writ office to inquire of the PET/CT that is ordered due to possible re-occurring cancer in my spine. On 9/12/22, I received a response that the PET/CT is not scheduled. I asked the five day officer in Housing Unit 112. How long should you wait to receive a PET/CT scan to rule out cancer in the spine. He responded 6 weeks. I wonder how long you would wait for the PET/CT to rule out re-occurring cancer in your spine? It is now over 6 weeks, and not scheduled yet. I requested of Dr. Sy to indicate that it is an emergency. it is crystal clear that he did not do so. The cancer that I previously had in my spine is an aggressive cancer, and

[x] Continued on reverse

Relief Requested:

Immediately, sent out for a PET/CT to rule out re-occurring cancer in my spine, Warden to stop sticking his head in the sand, and not correcting mistreatment, and delay of necessary medical treatment, and damages for any injry that I have from delay, and mistreatment of receiving PET/CT as stated herein

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

/s/ David Gevas    B41175    9/16/22
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility, Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it's your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:    Date Received: 16 SEP 2022    9/9

Is this determined to be of an emergency nature:

[x] Yes, expedite emergency grievance

[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Terry Williams    8 15 00
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

time is of the essence in starting treatment if necessary. these delays
are like playing russian roulette.

This is not an inmate preference as the medical staff indicate in response
to most of the grievances, as is their pattern, practice, and custom.
This is a necessary PET/CT to rule out cancer, and needs to be
completed in a timely manner. not when its your prefernce that causes
delay, and feelings of hopelessnews and helplessness because medical
staff keep causing delays time after time. But, if it was them
it would not happen. In fcat, Wexford's contract indicates
that our medical treatment is to be in the standard of care as
in the medical community. Meaning, treatment as one would receive
in the free world.

224337