

100 E. LeFevre RD
Sterling, IL 61081
Phone #: (815)625-0400
Fax: (815)625-4960

| | | | |
|---|---|---|---|
| **Name:** | DAVID GEVAS | **Exam Date:** | 11/9/2022 09:45 AM |
| **Patient ID:** | 652134 | **Exam Name:** | PET CT Whole Body INITIAL I |
| **Age:** | 57Y 4M | | 78816 |
| **DOB:** | 6/29/1965 | **Reason:** | |
| **Phone:** | (815)288-5561 | **Ordering Physician:** | LARRY SY |
| **Acc #:** | 201323244 | **Attending Physician:** | |
| **Pt Status:** | OUTPATIENT | **Referring Physician:** | |
| **Primary Care Physician:** LARRY SY | | **Ordering Physician:** | LARRY SY |

ORDER NUMBER: 566383243R MRN: 652134

DATE OF SERVICE: 11/9/2022 6:30 AM

EXAM DESCRIPTION: PET CT Whole Body INITIAL

CLINICAL HISTORY: Diffuse large B-cell lymphoma

COMPARISON: None.

TECHNIQUE: The patient's blood glucose was 82 mg/dL at the time of the examination. The net dose was 9.988 mCi of FDG. Whole body images were obtained in the sagittal, axial and coronal planes 61 minutes after isotope injection. Low-dose noncontrast CT images were also performed for the purpose of anatomic correlation and attenuation correction.

FINDINGS:

Attenuation exam:

No intracranial hemorrhage or large mass lesion.

Normal-sized bilateral cervical lymph nodes.

No axillary, mediastinal or hilar lymphadenopathy by size criteria. No pulmonary consolidation or mass lesion. There is a left lower lobe pulmonary nodule approximately 1.3 cm.

No pneumothorax or pleural effusion.

No focal hepatic lesion. The spleen is borderline at 13 cm in length.

Small hiatal hernia.

There is no bulky lymphadenopathy in the retroperitoneum or mesentery.

No free air free fluid in the abdomen or pelvis.

PET/CT exam:

NOV 1 3 2022

RECEIVED NOV 1 0 2022

Head and neck:

No asymmetrical focal activity seen in the brain.
There is a posterior central nasopharyngeal focal metabolic activity, maximal SUV of 8.6, correlation for inflammatory Thornwaldt cyst.

A right level 2 normal-sized hypermetabolic lymph node maximal SUV of 3.4, correlation for reactive lymph node

There is no additional hypermetabolic lymphadenopathy in the neck.

Symmetric activity of the Waldeyer's ring.

CHEST:

There is no axillary, mediastinal or hilar hypermetabolic activity.

The 1.3 pulmonary nodule of the left lower lobe demonstrate maximal SUV of 3.8, concerning for malignancy, primary pulmonary versus lymphoma.

Abdomen and pelvis:

No focal metabolic activity of liver or spleen. Homogeneous normal metabolic activity of the spleen. There is no retroperitoneal hypermetabolic lymphadenopathy.

Physiologic activity of the GI and GU system.

Musculoskeletal system:

There is no focal metabolic activity of the cervical thoracolumbar spine or pelvic bony structures. No significant metabolic activity of the T3 compression fracture.

There is no focal metabolic activity of bilateral lower extremity. Periarticular activity of bilateral ankle at the left knee is likely arthritic change.

IMPRESSION:

1. Hypermetabolic activity of the left lower lobe 1.3 cm pulmonary nodule, primary pulmonary lesion versus lymphoma.

2. Single normal size hypermetabolic right cervical level 2 lymph node, correlation for reactive lymph node. There is no additional hypermetabolic lymphadenopathy in this exam. Normal metabolic activity of the spleen, borderline in size.

3. Focal activity of the posterior nasopharynx midline, correlation for inflammatory Thornwaldt cyst

4. No suspicious metabolic activity of the remaining exam.

Thank you for letting us participate in the care of your patient.

Electronically signed by: Keith L Pham, M.D. 11/9/2022 10:12 AM