# EXHIBIT 1

| | |
|---|---|
| **From:** | Hirshman, Harold C. |
| **To:** | Crawford, Amy |
| **Subject:** | RE: [EXTERNAL] RE: Pfister Warden Departure Date |
| **Date:** | Thursday, May 23, 2024 4:09:59 PM |

His clavicle

## Harold C. Hirshman

D +1 312 876 8025  |  M +1 312 307 8026  |  312-307-8026

Chicago

---

**From:** Crawford, Amy <Amy.Crawford@ilag.gov>
**Sent:** Thursday, May 23, 2024 4:09 PM
**To:** Hirshman, Harold C. <harold.hirshman@dentons.com>
**Cc:** O'Connell, Diane C. <diane.oconnell@dentons.com>; Robinson, James <James.Robinson@ilag.gov>
**Subject:** Re: [EXTERNAL] RE: Pfister Warden Departure Date

**[WARNING: EXTERNAL SENDER]**

Your complaint ended in September 2017. The Court ruled it the relevant period ends in September. I'm not even aware of any alleged medical issues related to cancer, a-fib, or sleep apnea arising during the September 2017-February 2018 period. But let us know if we need to raise this with the Court.

Thanks,
Amy

Sent from my iPhone

> On May 23, 2024, at 3:43 PM, Hirshman, Harold C. <harold.hirshman@dentons.com> wrote:
>
> He continued to fail in his duties until he left the job.

## Harold C. Hirshman

D +1 312 876 8025  |  M +1 312 307 8026  |  312-307-8026

Chicago

---

**From:** Crawford, Amy <Amy.Crawford@ilag.gov>

**Sent:** Thursday, May 23, 2024 2:51 PM
**To:** Parness, Josh <josh.parness@dentons.com>; Robinson, James
<James.Robinson@ilag.gov>
**Cc:** Hirshman, Harold C. <harold.hirshman@dentons.com>; O'Connell, Diane C.
<diane.oconnell@dentons.com>
**Subject:** RE: Pfister Warden Departure Date

**[WARNING: EXTERNAL SENDER]**

Hi Josh,

The time period covered by the Fourth Amended Complaint goes through September
12, 2017. (11/18/22 SJ Order at 3 (citing 4AC at para. 18.) The Court noted on summary
judgment that the claims against Pfister "will be limited to November 2015 through
September 2017. Gevas does not dispute this." (SJ Order at 10.)

If Plaintiff asserts, contrary to the Court's Order, that the relevant period extends
beyond September 2017, please provide the basis for your assertion.

Thanks,
Amy

Amy Crawford
Assistant Chief Deputy Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
Pronouns: she/her/hers
Office no: (224) 269-9487
Office cell: (773) 550-8865
amy.crawford@ilag.gov

---

**From:** Parness, Josh <josh.parness@dentons.com>
**Sent:** Thursday, May 23, 2024 1:20 PM
**To:** Robinson, James <James.Robinson@ilag.gov>; Crawford, Amy
<Amy.Crawford@ilag.gov>
**Cc:** Hirshman, Harold C. <harold.hirshman@dentons.com>; O'Connell, Diane C.
<diane.oconnell@dentons.com>
**Subject:** [EXTERNAL] Pfister Warden Departure Date

Hello,

To clarify one point in *Gevas v. Obaisi*, per his 7/10/2019 deposition (PX 3A), Warden
Pfister stepped down as Warden at Stateville CC on 2/1/2018.

Thanks,
Josh


## Josh Parness

Project Coordinator

D  +1 312 876 8162

josh.parness@dentons.com   |   Website

Dentons US LLP

Logo

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.